**KALIELGOLD PLLC**
Sophia G. Gold (CA Bar: 307971)
sgold@kalielgold.com
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (CA Bar: 238293)
Jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA SUMMERIL, LYNETTE HUBERT, DANIELLE IVORY, and EBONY BAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIVEBUTTER, INC.,<br><br>Defendant. | Case No. 3:26-cv-04455-LL-VET<br><br>**JOINT MOTION AND STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT, TERMINATING PENDING MOTIONS WITHOUT PREJUDICE, AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Current Opposition Due Date: November 3, 2026<br>Current Hearing Date: November 17, 2026<br><br>Requested Amended Complaint Due Date: November 16, 2026<br>Requested Response Due Date: December 7, 2026<br><br>Complaint Filed: August 4, 2026<br>Trial Date: None Set |

**MOTION**

Pursuant to Civil Local Rules 7.2 and 12.1 and Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(2), Plaintiffs Sandra Summeril, Lynette Hubert, Danielle Ivory, and Ebony Baker, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Givebutter, Inc. ("Givebutter," and together with Plaintiffs, the "Parties"), hereby move for an order (1) granting Plaintiffs leave to file an amended complaint on or before November 16, 2026; (2) terminating Givebutter's pending Motion to Strike or Narrow Class Allegations (ECF No. 7) and Motion to Dismiss (ECF No. 8) without prejudice to refiling; (3) vacating as moot the deadlines to respond to those motions and the November 17, 2026 hearing date; (4) extending Givebutter's time to answer or otherwise respond to the amended complaint to December 7, 2026; and (5) preserving the Parties' respective defenses and rights, including Givebutter's right to compel arbitration and to enforce class-action waivers. This motion is based on the Parties' stipulation as set forth below. A proposed order is being submitted concurrently in Word format to efile_lopez@casd.uscourts.gov.

**STIPULATION**

Pursuant to Civil Local Rules 7.2 and 12.1, this Stipulation is made and entered into by the Parties in order to permit Plaintiffs to file an amended complaint and to set a schedule for Givebutter's response. The Parties, through their respective counsel, agree and stipulate as follows:

WHEREAS, on August 4, 2026, Plaintiffs filed their Class Action Complaint (ECF No. 1);

WHEREAS, on October 13, 2026, Givebutter filed a Motion to Strike or Narrow Class Allegations (ECF No. 7) and a Motion to Dismiss Plaintiffs' Class Action Complaint (ECF No. 8), both noticed for hearing on November 17, 2026;

WHEREAS, under Civil Local Rule 7.1(e), Plaintiffs' oppositions to the Motions are currently due November 3, 2026, and Givebutter's replies are currently due November 10, 2026;

WHEREAS, Plaintiffs intend to file an amended complaint that addresses issues raised in the Motions, and Givebutter consents in writing to that amendment pursuant to Federal Rule of Civil Procedure 15(a)(2);

WHEREAS, the Parties agree that amending will considerably narrow the issues to be briefed in both Motions, and that because an amended complaint supersedes the original, the Motions, which are directed at the original Complaint, will be rendered moot once the amended complaint is filed, *see Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015);

WHEREAS, additional time through November 16, 2026, is needed for counsel to further investigate the facts before filing the amended complaint;

WHEREAS, a December 7, 2026, deadline for Givebutter to answer or otherwise respond to the amended complaint will allow Givebutter ample time to evaluate the amended pleading and prepare any response;

WHEREAS, the Parties previously stipulated to a one-week extension of Givebutter's time to respond to the Complaint; this is Plaintiffs' first request for leave to amend; no scheduling order has issued and no trial date has been set; and the requested relief will not affect any other case management date;

WHEREAS, the Parties intend that this stipulation does not waive or prejudice any party's defenses, objections, arguments, or rights, including Givebutter's right to compel arbitration and to enforce class-action waivers;

WHEREAS, counsel for all Parties have met and conferred and agree that good cause exists for the relief requested herein, and that this request is made in good faith and not for purposes of delay;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that pursuant to Civil Local Rules 7.2 and 12.1 and Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(2), and subject to the Court's approval:

1. Plaintiffs are granted leave to file an amended complaint, which Plaintiffs shall file on or before November 16, 2026;

2. Givebutter's Motion to Strike or Narrow Class Allegations (ECF No. 7) and Motion to Dismiss Plaintiffs' Class Action Complaint (ECF No. 8) (together, the "Motions") shall be withdrawn without prejudice to refiling;

3. The deadlines to file responses to the Motions and the November 17, 2026, hearing date shall be vacated as moot;

4. Givebutter shall answer or otherwise respond to the amended complaint on or before December 7, 2026; and

5. Nothing in this Joint Motion and Stipulation, or any order entered on it, waives, forfeits, or otherwise prejudices any defense, objection, argument, or right of Givebutter, including: (a) any defense or argument raised in the Motions, all of which Givebutter may reassert in response to the amended complaint; (b) any defense available under Federal Rule of Civil Procedure 12, and the termination of the Motions shall not be deemed to limit or bar any such defense under Rule 12(g)(2) or 12(h)(1); and (c) Givebutter's right to compel arbitration and to enforce any class-action waiver as to any named Plaintiff or putative class member. Plaintiffs likewise reserve all rights, claims, and arguments, including any argument in opposition to arbitration, to the enforceability of any class-action waiver, or to any renewed motion.

**IT IS SO STIPULATED.**

Dated: October 27, 2026

KALIELGOLD PLLC

/s/ Sophia G. Gold

SOPHIA G. GOLD
AMANDA J. ROSENBERG
JEFFREY D. KALIEL

Attorneys for Plaintiffs and the Class

Dated: October 27, 2026

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Patrick Hammon

PATRICK HAMMON

Attorney for Defendant
GIVEBUTTER, INC.

**ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated: October 27, 2026

/s/ Sophia G. Gold
Sophia G. Gold

Attorney for Plaintiffs and the Class